IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC as BROADCASE LICENSEE<br>    Plaintiff | §<br>§<br>§<br>§ | |
| V. | § | CAUSE NO. A-08-CA-784-JRN |
| | § | |
| RC O FOWLERS, INC.; ETHAN C. ONG; HOA ONG<br>    Defendants | §<br>§<br>§ | |

FILED
2009 MAY 14 PM 3:13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

## ORDER

Before the Court is the above-entitled and styled cause of action. On November 7, 2008, Defendants filed their Answer to Plaintiff's Complaint (Clerk's Dkt. No. 7). According to Local Court Rule CV-16(c): "Within sixty (60) days after any appearance of any defendant, the parties shall submit a proposed scheduling order to the Court . . ." As of the date of this order's issuance, the Parties have yet to submit a proposed scheduling order.

**IT IS THEREFORE ORDERED** that the Parties **SHOW CAUSE**, by May 20, 2009, why they have not filed a proposed scheduling order as per Local Court Rule CV-16(c).

SIGNED this 14th day of May, 2009.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE